UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JERAMEY R. BROWN,

    Plaintiff,

    v.

JOE GULASH, *et al.*,

    Defendants.

Case No. 07-cv-370-JPG

**MEMORANDUM AND ORDER**

    This matter comes before the Court on plaintiff Jeramey R. Brown's objection (Doc. 95) to Magistrate Judge Philip M. Frazier's January 6, 2010, order (Doc. 90). That order denied Brown's request for an order directing prison employees to facilitate his litigation by providing supplies and services free of charge and by authorizing unsupervised communication with other inmates who may be witnesses in this case.

    A district court reviewing a magistrate judge's decision on nondispositive issues should only modify or set aside that decision if it is clearly erroneous or contrary to law. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). Accordingly, the Court will affirm Magistrate Judge Frazier's decision unless his factual findings are clearly erroneous or his legal conclusions are contrary to law. *Id.*

    The Court has reviewed the pertinent documents in this case and finds, for the reasons stated in that order, that Magistrate Judge Frazier's decision to deny Brown's motion is not clearly erroneous or contrary to law. As the Court noted in a prior order, Brown will be allowed reasonable deadlines in light of his problems accessing legal materials and supplies and will not be penalized because of his inability to obtain affidavits from necessary witnesses.

    For the foregoing reasons, the Court **OVERRULES** Brown's objection to Magistrate Judge

Frazier's January 6, 2010, order (Doc. 95) and **AFFIRMS** that order (Doc. 90).

**IT IS SO ORDERED.**
**DATED:  January 21, 2010**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**