## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JERAMEY R. BROWN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   NO. 07-cv-370-JPG-PMF |
| | ) |
| | ) |
| **JOE GULASH,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   September 27, 2011

**NANCY ROSENSTENGEL, Clerk of Court**


**BY: s/Brenda K. Lowe, Deputy Clerk**


**APPROVED:   *s/J. Phil Gilbert***
             **J. PHIL GILBERT**
             **U. S. DISTRICT JUDGE**